THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JAMES M. BEHNING, Defendant-Appellant.

(No. 56821; )

First District—April 17, 1972.

Opinion by Mr. JUSTICE BURKE.

Michael B. Nash, of Chicago, for appellant.

William J. Scott, Attorney General, of Springfield, and Edward V. Hanrahan, State's Attorney, of Chicago, (James B. Zagel, Assistant Attorney General, and Robert A. Novelle and William K. Hedrick, Assistant State's Attorneys, of counsel,) for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellant, *v.* JOHN H. KING, Defendant-Appellee.

(No. 71-182; )

Second District—May 16, 1972.

Opinion by Mr. JUSTICE GUILD.